July 20, 2023

**VIA ECF**
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court, New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6W
Trenton, New Jersey 08608

> RE: *Sugg v. Virtusa Corp.*, No.: 3:18-cv-08036-MAS-DEA
> Joint Letter Regarding ESI Discovery and Requesting Adjournment of
> July 21, 2023 Status Conference

Dear Judge Arpert:

The parties write jointly to update Your Honor regarding the status of ESI discovery. Following the July 5, 2023 status conference (*see* Dkt. 88), the parties met and conferred regarding the seven search terms Plaintiff wished to be run on the eleven ESI custodians as part of the next step for incremental ESI discovery. Plaintiffs proposed modifications to two search terms with the highest hit counts, which resolved the parties' dispute. Virtusa has agreed to run the following search terms on the eleven ESI custodians and to produce responsive documents on or before September 18, 2023.

1. Margin /25 (visa OR H1B OR "H-1B" OR L1 OR "L-1" OR rotat! OR replac! OR "ATC onsite" OR "N-1")
2. (Rotat! OR replac!) /25 (visa OR H1B OR "H-1B" OR L1 OR "L-1" OR onsite OR ATC OR "N-1")
3. (CPC /5 (improv! OR optimiz! OR initiative OR reduc!)) AND (visa OR H1B OR "H-1B" OR L1 OR "L-1" OR "ATC onsite" OR McKinsey)
4. McKinsey AND (visa OR "ATC onsite" OR "travel ready" OR assignee)
5. (EY OR Ernst) AND (visa OR "ATC onsite" OR "travel ready" OR assignee)
6. "travel readiness"
7. Initiative /10 "ATC onsite"

*granted*

The parties respectfully request that the Court adjourn the July 21, 2023 telephonic status conference, and set a November deadline for the parties to confer and propose a schedule for this case moving forward.           by November 1, 2023

So Ordered—
Arpert  7/20/23

Respectfully submitted,

*/s/ Daniel Kotchen*
Daniel Kotchen (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: (202) 468-4014
Facsimile: (202) 280-1128
dkotchen@kotchen.com
lgrunert@kotchen.com

/s/Jonathan Rudnick, Esq.
**LAW OFFICES OF JONATHAN RUDNICK, LLC.**
788 Shrewsbury Avenue
Tinton Falls, NJ 07724
jonr@jonrudlaw.com

*Attorneys for Class Plaintiff*


*/s/* Peter O. Hugues
Peter O. Hughes, Esq.
Christopher Pace
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611
Peter.Hughes@ogletreedeakins.com
Chris.Pace@ogletreedeakins.com

*Attorneys for Defendant*